# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

**CASE NUMBER    1:13-CR-00773-JBS-1**

TYRONE BILLUPS

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)
### (For Offenses Committed On or After November 1, 1987)

The defendant, TYRONE BILLUPS, was represented by CHRISTOPHER H. O'MALLEY.

Violation number(s) 1 & 3  of the original petition and violations 1-5 of the amended petition have been dismissed.

The defendant admitted guilt to violation number(s) 2 as stated on the violation petition.      Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
| --- | --- |
| 2 | Failure to answer inquiries or follow instructions |

As pronounced on November 01, 2017, the defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.  Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on4/3/2014 remain in full force and effect, if not already paid.

Signed this  3rd  day of November, 2017.

Jerome B. Simandle
Senior U.S. District Judge

Defendant: TYRONE BILLUPS
Case Number: 1:13-CR-00773-JBS-1

## IMPRISONMENT

It is ordered and adjudged that the previously imposed term of supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 10 months.

The defendant will remain in custody pending service of sentence.

No further supervision is imposed.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.


_____
United States Marshal

By _____
Deputy Marshal

Defendant: TYRONE BILLUPS
Case Number: 1:13-CR-00773-JBS-1

## RESTITUTION AND FORFEITURE

## RESTITUTION

In addition to the restitution imposed by the Judgment of April 3, 2014, the defendant shall make restitution in the amount of $575.00 to be paid to the Clerk of U.S. District Court in Trenton, NJ for distribution to BI Inc., 6265 Gunbarrel Ave., Suite B, Boulder CO 80301.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the ederal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) e principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost prosecution and court costs.